UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MARK B. NIPPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 7:16-CV-330-D** |
| NANCY A. BERRYHILL, Acting Commissioner ) | |
| of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 26]. Plaintiff's motion for judgment on the pleadings [D.E. 20] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 23] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on December 22, 2017, and Copies To:**
George C. Piemonte                                               (via CM/ECF electronic notification)
Leah F. Golshani                                                    (via CM/ECF electronic notification)

DATE:                                                                  PETER A. MOORE, JR., CLERK
December 22, 2017                                             (By) /s/ Nicole Briggeman
                                                                              Deputy Clerk