IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. No. 7:16-cv-00330-D

MARK NIPPER, )
 )
      Plaintiff, )
 )
v. )
 ) ORDER FOR
 ) PAYMENT OF ATTORNEY FEES
NANCY BERRYHILL, ) UNDER THE EQUAL ACCESS
Deputy Commissioner for Operations, ) TO JUSTICE ACT
performing the duties and functions not )
reserved to the Commissioner of Social )
Security, )
 )
      Defendant. )

      Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $4,500.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. Such payment should be sent to:

George C. Piemonte
Attorney for Plaintiff
The Piemonte Law Firm, PC
PO Box 669468, Charlotte NC 28266
Telephone: (704) 399-8890
Fax: (704) 399-8865
Email: george@piemontelawfirm.com

      Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, George C. Piemonte and mailed to the office address above in accordance with Plaintiff's assignment to counsel of his right to

payment of attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

SO ORDERED. This **24** day of March 2018.

*/s/ Dever*
JAMES C. DEVER III
Chief United States District Judge