UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

MARK B. NIPPER,

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

**CASE NO. 7:16-CV-330-D**

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $4,750.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. The Order signed on March 21, 2018 for $4,500.00 in attorney's fees should be set aside as it contained a typographical error. This Amended Order is submitted to correct the error. Such payment should be sent to: George C. Piemonte Attorney for Plaintiff The Piemonte Law Firm, PC PO Box 669468, Charlotte NC 28266. Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, George C. Piemonte and mailed to the office address above in accordance with Plaintiff's assignment to counsel of his right to payment of attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

**This Judgment Filed and Entered on April 9, 2018, and Copies To:**

| | |
|---|---|
| George C. Piemonte | (via CM/ECF electronic notification) |
| Leah F. Golshani | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |

DATE:
April 9, 2018

        PETER A. MOORE, JR., CLERK
      (By) /s/ Nicole Briggeman
           Deputy Clerk